UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Everson Francis

_____

_____                  14CV8481

*(In the space above enter the full name(s) of the plaintiff(s).)*

COMPLAINT

-against-

NYPD Officer Liberator                                   Jury Trial: ☒ Yes    ☐ No
New York City                                                         (check one)
New York State
NYPD

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
OCT 21 2014
PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            Everson Francis
            Street Address  4505 Bronx Blvd. suite 3
            County, City    Bronx
            State & Zip Code New York, 10470
            Telephone Number 6466263007

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name            Officer Liberator
                   Street Address  _____

*Rev. 05/2010*

|   |   |
|---|---|
|   | County, City _____ |
|   | State & Zip Code _____ |
|   | Telephone Number _____ |

Defendant No. 2    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 3    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions            ☒ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Amendment 5,6, 8. Defamation, slander, libel, more information attached.

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship Michigan

Defendant(s) state(s) of citizenship New York

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Bronx, New York

B. What date and approximate time did the events giving rise to your claim(s) occur?
10/13/2014 and about 6pm

C. Facts: Please see attachment

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.
I suffered from an assault, my back hurts. slander, defamation, libel, lost clients and job lost.

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want Justice, all relief the court see fit, and monetary compensation of $18,600,000.00

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 17 day of 10 , 20 14 .

Signature of Plaintiff _____

Mailing Address  4505 Bronx Blvd. suite 3

Bronx, New York, 10470

Telephone Number   6466263007

Fax Number *(if you have one)* _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*